1  Thomas E. Campagne, #065375
Justin T. Campagne, #211825
2  Campagne & Campagne
A Professional Corporation
3  Airport Office Center
1685 North Helm Avenue
4  Fresno, California  93727
Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617
Email:  tcampagne@campagnelaw.com

6  Attorneys for Defendant Ray Moles Farms, Inc.

7

8  Daniel J. Brown, #307604
Stansbury Brown Law
9  2610 ½ Abbot Kinney Blvd.
Venice, CA 90291
10  Telephone: (323) 207-5925
Email: dbrown@stansburybrownlaw.com

11  Attorneys for Plaintiff Filemon Colores

12

13                    UNITES STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15                          FRESNO DIVISION

16  FILEMON COLORES, as an individual ) No. 1:21-CV-00467-NONE-SAB
and on behalf all others similarly situated, )
17                                          ) **STIPULATION THAT THIS CASE NO.**
            Plaintiff,                       ) **1:21-CV-00467-NONE-SAB NOW BE**
18                                          ) **CONSOLIDATED WITH PENDING**
       vs.                                   ) **CASE NO. 1:21-CV-00101-NONE-BAM**
19                                          ) **[FRCP 42(a)(2)]**
RAY MOLES FARMS, INC., a California )
20  Corporation; and DOES 1 through 100, )            **AND**
                                            )
21          Defendant                        ) **[~~PROPOSED~~] ORDER**
                                            )
22                                          )
                                            )
23  _____ )

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

**STIPULATION THAT THIS CASE NO. 1:21-CV-00467-NONE-SAB NOW BE CONSOLIDATED WITH PENDING CASE NO. 1:21-CV-00101-NONE-BAM [FRCP 42(a)(2)] AND [~~PROPOSED~~] ORDER**

Plaintiff Filemon Colores and Defendant Ray Moles Farms, Inc. (the only parties to this litigation) by and through their counsel of record, now enter into the following stipulations, as follows:

1.      Pursuant to FRCP 42(a)(2), all parties to this litigation hereby stipulate that this Case No. 1:21-cv-00467-NONE-SAB has common questions of law or fact with the prior pending case of 1:21-cv-00101-NONE-BAM. Therefore, the parties to this litigation stipulate that this Case No. 1:21-cv-00467-NONE-SAB should be consolidated with Case No. 1:21-cv-00101-NONE-BAM by Order of the Court.

2.      Upon approval and issuance of a Court Order consolidating the two cases, Defendant's pending Motion to Dismiss (Doc. No. 4) the Complaint in Case No. 1:21-cv-00467-NONE-SAB (which was set for Hearing on April 28, 2021 at (9:30 AM in Dept. 4) will be moot due to the consolidation, and should be withdrawn from calendar by the Clerk of the Court.

3.      Pursuant to FRCP 12(a)(1)(A)(i), the parties stipulate that Defendant shall file its response to the Complaint in this Case No. 1:21-cv-00467-NONE-SAB within 21 days after the Court's issuance of an Order of Consolidation.

Dated:   April 22, 2021                        Respectfully submitted,

Stansbury Brown Law

By _____/s/_____
        Daniel J. Brown
Attorneys for Plaintiff Filemon Colores


Dated:   April 22, 2021                        Respectfully submitted,

Law Firm of Campagne & Campagne
A Professional Corporation

By _____/s/_____
        Thomas E. Campagne
Attorneys for Defendant Ray Moles Farms, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

THE ABOVE STIPULATION IS APPROVED.

This Case No. 1:21-cv-00467-NONE-SAB is hereby consolidated into pending Case No. 1:21-cv-00101-NONE-BAM. Hereinafter, any subsequent documents should (for docketing purposes) be captioned by the parties as follows: "*Case No. 1:21-cv-00101-NONE-BAM (consolidated with 1:21-cv-00467-NONE-SAB)*". Due to this consolidation, defendant has withdrawn its pending Motion to Dismiss (Doc. No. 4) in Case No. 1:21-cv-00467-NONE-SAB. As a result, the Clerk of Court is directed to terminate that motion.

IT IS SO ORDERED.

Dated:   **April 23, 2021**

_____
UNITED STATES DISTRICT JUDGE