Thomas E. Campagne, #065375
Justin T. Campagne, #211825
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617
Email: tcampagne@campagnelaw.com

Attorneys for Defendant Ray Moles Farms, Inc.

Daniel J. Brown, #307604
Ethan C. Surls #327605
Stansbury Brown Law
2610 ½ Abbot Kinney Blvd.
Venice, CA 90291
Telephone: (323) 207-5925
Email: dbrown@stansburybrownlaw.com

Attorneys for Plaintiff Filemon Colores

# UNITES STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FILEMON COLORES, as an individual and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAY MOLES FARMS, INC., a California Corporation; and DOES 1 through 100,<br><br>Defendant<br>_____<br>RAY MOLES FARMS, INC., a California Corporation<br><br>Cross-Complainant,<br><br>vs.<br><br>FILEMON COLORES, as an individual and on behalf all others similarly situated,<br><br>Cross-Defendants. | Case No. 1:21-cv-00101-NONE-BAM (Consolidated with 1:21-cv-00467-NONE-SAB)<br><br>**STIPULATION OF ALL PARTIES TO RESCHEDULE THE 6/3/2021 STATUS CONFERENCE AND OTHER DEADLINES PENDING MEDIATION**<br><br>**AND**<br><br>**ORDER** |

Campagne & Campagne
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637
Fax (559) 252-9617

STIPULATION OF ALL PARTIES TO RESCHEDULE THE 6/3/2021 STATUS CONFERENCE AND OTHER DEADLINES PENDING MEDIATION; ORDER

**TO THE HONORABLE MAGISTRATE JUDGE BARBRA A. MCAULIFFE AND TO ALL PARTIES OF RECORD:**

Please be advised that Plaintiff Filemon Colores and Defendant Ray Moles Farms, Inc., (the only parties in this litigation), by and through their counsel of record and in full reference to their prior executed Joint Stipulation [Dkt. No. 16] and the Court's May 25, 2021 Minute Order [Dkt. No.17], have confirmed a reservation for a full-day mediation with Judge Howard R. Broadman [Ret.] on November 2, 2021. Accordingly, the Parties respectfully request that the Court continue the currently scheduled Status Conference set for June 3, 2021 at 9:00 a.m. to the Court's earliest available date after the Parties' November 2, 2021 mediation and enter an order continuing all applicable deadlines referenced in the Parties' May 21, 2021 Joint Stipulations until 45 days after the conclusion of mediation.

Good cause exists to reschedule the preceding deadlines, <u>as follows</u>.

    a. The Parties have agreed to attend mediation before Judge Howard R. Broadman [Ret.] on November 2, 2021. The Parties in good faith are hopeful that such a mediation before Judge Broadman, who is experienced in class action and Private Attorneys General Act (PAGA) matters, will result in a successful resolution of this litigation.

    b. The Parties propose that if mediation is unsuccessful, that by December 17, 2021, which is 45 days after the November 2, 2021 mediation, Plaintiff will: (i) file an opposition to the Motion to Dismiss [Dkt. No. 15], (ii) file an answer in response to the Cross Complaint [Dkt. No. 12], and (iii) file a response, if necessary, to the Notice of Constitutional Challenge [Dkt. No. 13].

Therefore, the Parties now stipulate that:

    (i) the Status Conference currently set for June 3, 2021 be re-scheduled to a date and time of this Court's choosing after the November 2, 2021 mediation;

    (ii) Plaintiff's deadline to file a response to the Cross Complaint is continued until December 17, 2021;

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

(iii) Plaintiff's deadline to file an opposition to the Motion to Dismiss is continued until December 17, 2021; and

(iv) Plaintiff's deadline to file a response, if necessary, to the Notice of Constitutional Challenge is continued until December 17, 2021.

Dated: May 26, 2021

Respectfully submitted,
Stansbury Brown Law

By     /s/ Daniel R. Brown
      Daniel J. Brown
Attorneys for Plaintiff Filemon Colores

Dated: May 26, 2021

Respectfully submitted,

Law Firm of Campagne & Campagne
A Professional Corporation

By     /s/ Thomas E. Campage
      Thomas E. Campagne
Attorneys for Defendant Ray Moles Farms, Inc.

## **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Order. The Status Conference currently scheduled for June 3, 2021 is hereby continued to **November 30, 2021 at 9:00 a.m. in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If the parties file a notice of settlement pursuant to Local Rule 160 before the continued status conference, the status conference will be vacated. If the parties do not reach a settlement, the parties shall file a Joint Status Report one week prior to the conference.

///

///

///

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION OF ALL PARTIES TO RESCHEDULE THE 6/3/2021 STATUS CONFERENCE AND OTHER DEADLINES PENDING MEDIATION; ORDER

Page 3

Further, pursuant to the parties' stipulation, and good cause appearing, the Court hereby GRANTS the request to extend the time for Plaintiff to respond to the Cross-Complaint, Motion to Dismiss, and Notice of Constitutional Challenge. Plaintiff shall file a response the Cross-Complaint, Motion to Dismiss, and Notice of Constitutional Challenge, to the extent a response is required, no later than December 17, 2021.

IT IS SO ORDERED.

Dated: **May 26, 2021**        /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

Campagne & Campagne
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637
Fax (559) 252-9617

STIPULATION OF ALL PARTIES TO RESCHEDULE THE 6/3/2021 STATUS CONFERENCE AND OTHER DEADLINES PENDING MEDIATION; ORDER

Page 4