Thomas E. Campagne, #065375
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California  93727
Telephone:  (559) 255-1637
Facsimile: (559) 252-9617
Email:  cc@campagnelaw.com

Attorneys for Defendant Ray Moles Farms, Inc.

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FILEMON COLORES, as an individual and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAY MOLES FARMS, INC., a California Corporation; and DOES 1 through 100,<br><br>Defendant | Case No. 1:21-cv-00101-JLT-BAM (Consolidated with closed case 1:21-cv-00467-NONE-SAB)<br><br>**EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE**<br><br>**AND**<br><br>**[~~PROPOSED~~] ORDER FOR MAGISTRATE McAULIFFE**<br><br>**Trial Date: Not Yet Set** |

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [~~PROPOSED~~] ORDER FOR MAGISTRATE McAULIFFE

I. **EX PARTE APPLICATION TO VACATE THE MANDATORY SCHEDULING CONFERENCE CURRENTLY SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE**

1. Plaintiff Filemon Colores (hereinafter "Plaintiff Colores") filed his FIRST SUIT in Tulare County Superior Court, which was Removed by Defendant Ray Moles Farms, Inc. (hereinafter "Defendant Ray Moles Farms") on 1/25/2021 as Doc. No. 1 with Complaint attached thereto into this U.S. District Court at <u>this</u> Case No. formerly 1:21-cv-00101-NONE-BAM, now 1:21-cv-00101-JLT-BAM consolidated (hereinafter "FIRST SUIT").

2. The Plaintiff Colores' FIRST SUIT constituted an FRCP 23 Class Action Complaint alleging 7 causes of action for claimed payroll violations of various wage and hour provisions of the California Labor Code. The FIRST SUIT seeks an FRCP 23 Class Action consisting of all of the current and former non-exempt employees of Defendant Ray Moles Farms, Inc. who worked in California at least one shift during the four years immediately preceding the filing of the lawsuit through the present (Paragraph 12a of the Class Action Complaint FIRST SUIT) (attached as Exhibit 1 to Doc. No. 1).

3. On 1/26/2021 Defendant Ray Moles Farms, Inc. filed an Answer to Plaintiff Colores' FRCP 23 Class Action Complaint. That Answer at the Second Affirmative Defense asserted that the entire suit was subject to exclusive and binding Arbitration due to the Arbitration Agreement which Plaintiff Colores had signed on 12/5/2016 (Answer at Doc. No. 4). The Arbitration Agreement is attached hereto and incorporated herein as **<u>Exhibit "A"</u>**.

4. On 5/19/2021 Defendant Ray Moles Farms, Inc. filed a **Motion to Dismiss** [Doc. No 15] the FRCP 23 Class Action FIRST SUIT. That Motion to Dismiss is still pending for decision.

5. On 2/12/2021 Plaintiff Filemon Colores filed against Defendant Ray Moles Farms, Inc. a SECOND SUIT in Case No. 1:21-cv-00467-NONE-SAB. It was a single action which sought duplicate and redundant ("stacked") civil penalties under the

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

1  Private Attorney General Act of 2004 ("PAGA") for the very same alleged wage and hour

2  labor code violations that were set forth in the FIRST SUIT.

3         6.      On 5/14/2021 Ray Moles Farms, Inc. filed a Cross-Complaint against

4  Plaintiff Filemon Colores alleging that PAGA is unconstitutional (Doc. No. 12 in Case No

5  1:21-cv-00101-JLT-BAM).

6         7.      Also, on 5/14/2021, Defendant Ray Moles Farms, Inc. filed an FRCP

7  5.1 Notice of Constitutional Challenge of State Statute [Doc. No 13] upon the Attorney

8  General of California ("Attorney General") giving him notice of his right to intervene into

9  the unconstitutional Cross-Complaint lawsuit for up to 60 days from receipt of the 5.1

10  Notice. The Attorney General waived by not intervening.

11         8.      On 5/19/2021 a Minute Order was issued from District Court Judge

12  Dale A. Drozd to the Clerk of the Court ordering the Clerk of the Court to likewise serve a

13  Notice upon the office of the Attorney General of the State of California, likewise giving

14  him an opportunity for 60 days to intervene into the lawsuit. The Attorney General waived

15  by not intervening.

16         9.      On 4/22/2021 the Plaintiff and Defendant filed a Stipulation [Doc.

17  No 16] to CONSOLIDATE the FIRST and SECOND SUIT for ALL PURPOSES,

18  including trial.

19         10.     Then an Order [Doc. No. 10] on 4/23/2021 was issued by Judge

20  Drozd consolidating the cases. Therein Judge Drozd stated that the FIRST SUIT Case No.

21  1:21-cv-00101-NONE-BAM (now referred to as JLT-BAM) was the Lead Case and that

22  all future filings were to be made under that Case Number, and that the SECOND Case

23  No. of 1:21-cv-00467-NONE-SAB was to be closed by the Clerk of the Court.

24         11.     On 5/19/2021 Defendant Ray Moles Farms, Inc. filed a **Motion to**

25  **Dismiss** the **Consolidated FIRST SUIT** and **SECOND SUIT** with a hearing date of

26  6/22/2021, which is now under submission for decision [Doc. No. 15]. A very similar

27  Motion to Dismiss was filed by Defendant's law firm in the Bakersfield branch of this

28

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY
SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [PROPOSED] ORDER
FOR MAGISTRATE McAULIFFE

Page 2

1  Eastern District Federal Court at <u>Mayen v. Cal Central Harvesting</u>, Case No. 1:21-cv-

2  00145AWI-JLT. Said Motion to Dismiss was granted in large part by Judge Anthony W.

3  Ishii on October 25, 2021.

4        12.      On 5/26/2021, the parties filed a Stipulation to Continue the

5  Mandatory Scheduling Conference [Doc. No. 19] due to the parties agreement to go to an

6  early Mediation on 11/2/2021 before retired Presiding Tulare County Judge Howard

7  Broadman.

8        13.      On 5/27/2021 U.S. Magistrate Judge Barbara A. McAuliffe (due to

9  the parties' Stipulation of 5/26/21 [Doc. No. 19]) filed an Order [Doc. No. 20] accepting

10  the Stipulation. That Order also rescheduled the Status Conference to 11/30/2021 so as to

11  give the parties an opportunity to mediate on 11/2/2021 with Mediator Retired Judge

12  Howard Broadman. Further the Magistrate's Order granted Plaintiff Colores a

13  continuance to file his response to the Unconstitutionality Cross-Complaint until

14  12/17/2021. Likewise, Magistrate McAuliffe granted Plaintiff Colores a continuance to

15  file an Opposition to Defendant Ray Moles Farms, Inc.'s pending <u>Motion to Dismiss</u> the

16  FIRST and SECOND suits, until 12/17/2021 (Doc. No. 20).

17        14.      On 5/14/2021 Defendant Ray Moles Farms, Inc. filed an Answer to

18  the Consolidated Complaints [Doc. No. 11] (i.e., the Answer to the Consolidated FIRST

19  and SECOND Complaints). At its <u>Second</u> (2nd) Affirmative Defense, Defendant Ray

20  Moles Farms, Inc.'s Answer asserted that the entire two lawsuits should be compelled to

21  exclusive and binding <u>Arbitration</u> due to Arbitration Agreement (Exhibit "A" attached

22  hereto) that Plaintiff Colores had signed on 12/5/2016. It also asserted in the 33rd

23  Affirmative Defense that the PAGA action was unconstitutional, and/or was prohibited

24  from "stacking" or seeking "redundant" penalties for alleged labor code violations when

25  those labor code sections otherwise specifically already provide for penalties.

26        15.      On 10/6/2021, Defendant Ray Moles Farms, Inc. filed a **Verified**

27  **Motion/Petition to Compel Individual Arbitration** and to dismiss and/or stay both

28

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY
SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [PROPOSED] ORDER
FOR MAGISTRATE McAULIFFE

Page 3

1   Complaints' litigation. Defendant's Petition to Compel Individual Arbitration is under

2   submission awaiting a decision. A true and accurate copy of the Arbitration Agreement is

3   attached hereto and incorporated herein as **Exhibit "A"**. Recently, on 6/15/2022, the U.S.

4   Supreme Court issued a decision in *Viking River Cruises v. Moriana*, 596 U.S. ___

5   (2022), No. 20-1573, holding that the Federal Arbitration Act preempts state law, so that

6   Moriana was compelled to individual arbitration, and the putative class (group) was

7   dismissed by the *Viking* U.S. Supreme Court. Defendant further notes that, even before

8   *Viking River*, namely on 12/30/2019, a very similar Petition to Compel Arbitration was

9   granted by Judge Dale A. Drozd in the case of *Mayreli Martinez v. Vision Precision*

10  *Holdings, LLC*, Case No, 1:19-cv-01002-DAD-JLT; therein Judge Drozd dismissed the

11  lawsuit and ordered arbitration. The language of Judge Drozd's Order is quoted at page 5

12  within Defendant's Memorandum of Points and Authorities in Support of the Verified

13  Petition to Compel Arbitration [Doc. No. 21-1].

14      16.      In a very similar case involving another client of this law firm

15  (Defendant Bee Sweet Citrus, Inc., which is similarly defending a class action suit by a

16  purported class of agricultural workers) Magistrate Judge Helena M. Barch-Kutcha on

17  9/13/2021 issued a Minute Order in that Case No. of 1:21-cv-00382-NONE-HBK. There,

18  Magistrate Barch-Kutcha in essence issued an Order upon our Ex Parte Application to

19  Vacate the MSC granting our Application due to the pending Motion to Dismiss and the

20  pending Motion to Consolidate in that case [Doc. No. 12 in Case No. 1:21-cv-00382-

21  NONE-HBK.

22      17.      Also, in a very similar case, on 11/3/2020, Magistrate Judge Erica P.

23  Grosjean *sua sponte* issued an Order vacating a MSC also involving defendant Bee Sweet

24  in a putative class of farm workers case. It was vacated by Magistrate Grosjean due to a

25  pending Motion to Dismiss so that if necessary the MSC would be set after those rulings.

26  [See the Minute Order at Doc. 23 of Case No. 1:20-cv-01162-NONE-EPG.]

27

28

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY
SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [PROPOSED] ORDER
FOR MAGISTRATE McAULIFFE

Page 4

18.     Further, in another similar class action which our law firm is defending for Sun Valley Packing L.P. against another putative class of farm workers, Magistrate Erica P. Grosjean on 8/27/2021 vacated the MSC due to pending Motions to Dismiss, Motion to Consolidate, and a Petition to Compel Arbitration. That Order said if necessary, after the ruling on those motions, then Magistrate Grosjean will reschedule the MSC. [See Doc. No. 7 at Case No. 1:21-cv-01265-DAD-EPG.]

19.     In this Consolidated case, on 11/23/2021, Magistrate Barbara A. McAuliffe, citing the pending Defendant Ray Moles Farms, Inc.'s Motion to Dismiss the Plaintiff's consolidated suits [Doc. No. 15], and citing Defendant Ray Moles Farms Inc.'s pending Motion to Compel Arbitration [Doc. No. 21], moved the 11/29/2021 Status Conference to 4/19/2022. Then again, citing those same still pending Defendant Motions to Dismiss and Compel Arbitration [Doc. 15 and Doc. 21] and citing the Attorney General's Motion to Intervene [Doc. No. 44] (into the Defendant's Cross-Complaint to declare PAGA unconstitutional) and also citing the Plaintiff's Motion to Dismiss that Cross-Complaint [Doc. No. 35], Magistrate Barbara A. McAuliffe moved that status conference again to 9/27/2022. All these motions are still pending for decision. This Defendant Ray Moles Farms, Inc. again requests that Magistrate McAuliffe vacate the MSC until after those motions are ruled upon.

## II.     CONCLUSION

20.     Therefore, Defendant Ray Moles Farms, Inc. now respectfully requests that this Court issue an Order vacating the Scheduling Conference currently set for 11/30/2021 until after there are rulings on the pending Defendant's Motion to Dismiss the Consolidated FIRST and SECOND SUIT [Doc. No. 15], and on the pending Verified Petition to Compel Arbitration [Doc. No. 21] of both the Consolidated FIRST and SECOND SUIT (due to the Arbitration Agreement signed by Plaintiff Colores on 12/5/2016 – Exhibit "A" attached), and on the pending Motion to Intervene [Doc. No. 44] and on the pending Plaintiff's Motion to Dismiss [Doc. No. 35]. After those four pending

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY
SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [PROPOSED] ORDER
FOR MAGISTRATE McAULIFFE

Page 5

1 | rulings, then <u>if</u> necessary, the MSC would be re-set by the Magistrate.

2

3 | Dated:  August 16, 2021

Respectfully submitted,
The Law Firm of Campagne & Campagne

4

5 | By _____/s/_____
Thomas E. Campagne

6 | Attorneys for Defendant Ray Moles Farms, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Campagne & Campagne
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637
Fax (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY
SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [PROPOSED] ORDER
FOR MAGISTRATE McAULIFFE

Page 6

**III.   ORDER**

Having considered the unopposed *ex parte application*, and good cause appearing in light of the Defendant's pending Motion to Dismiss [Doc. No. 15], Defendant's pending Petition to Compel Individual Arbitration of the Consolidated Complaints [Doc. No. 21], the pending Motion to Intervene [Doc. No. 44] and Plaintiff's pending Motion to Dismiss [Doc. No. 35], the Scheduling Conference currently set for 9/27/2022 is HEREBY VACATED, to be reset, if needed, following resolution of said four motions. Defendant Ray Moles Farms, Inc. shall notify the Court within ten (10) days following resolution of these motions and indicate whether a Scheduling Conference should be set.

IT IS SO ORDERED.

Dated:   **August 23, 2022**          /s/ *Barbara A. McAuliffe*          
                                   UNITED STATES MAGISTRATE JUDGE

Campagne & Campagne
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637
Fax (559) 252-9617

EX PARTE APPLICATION TO VACATE MANDATORY SCHEDULING CONFERENCE CURRENTLY
SET FOR 9/27/2022 BEFORE MAGISTRATE BARBARA A. McAULIFFE AND [PROPOSED] ORDER
FOR MAGISTRATE McAULIFFE

Page 7