UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON COLORES, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAY MOLES FARMS, INC., a California Corporation; and DOES 1 through 100,<br><br>Defendant. | Case No. 1:21-cv-00101-JLT-FJS<br><br>ORDER RE: STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S COUNTER-MOTION (DOC. 105), STATUS OF SETTLEMENT OF PLAINTIFF'S INDIVIDUAL NON-PAGA CLAIMS, AND CONTINUATION OF STAY<br><br>(ECF No. 111) |
| RAY MOLES FARMS, INC., a California Corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>FILEMON COLORES, as an individual and on behalf of all others similarly situated,<br><br>Cross-Defendants. | |

Plaintiff Filemon Colores ("Plaintiff"), and Real Party in Interest Ermel Ray Moles ("Mr. Moles") (together, the "Parties"), through their counsel of record, submit this Stipulation in response to the Court's October 8, 2026 Minute Order (Doc. 108) and stipulate as follows.[1]

[1] Defendant Ray Moles Farms, Inc. ("RMFI") declined to join in this stipulation with its counsel stating via

## RECITALS

1. By Order filed March 31, 2023 (Doc. 64), the Court compelled certain of Plaintiff's claims to arbitration, dismissed those claims without prejudice, and stayed the remaining claims. By Order filed September 25, 2023 (Doc. 67), the Court continued the stay of Plaintiff's representative claims under the Labor Code Private Attorneys General Act of 2004, Labor Code section 2698 et seq. ("PAGA"), and all unresolved motions related to those claims, and directed the Parties to file a joint status report within 21 days of any material development or every 90 days, whichever is sooner. The Parties' most recent joint status report was filed September 2, 2026 (Doc. 95).

2. The claims compelled to arbitration are pending before the Honorable Alan M. Simpson (Ret.) (the "Arbitration"). On September 14, 2026, Mr. Moles filed a Motion for Declaratory Relief and to Enjoin the Plaintiff and/or the Arbitrator (Doc. 96). On September 28, 2026, Plaintiff filed an Opposition (Doc. 104) and a Counter-Motion to Compel Ermel Ray Moles to Arbitrate (Doc. 105) (the "Counter-Motion"). On October 8, 2026, Mr. Moles withdrew his Motion without prejudice (Doc. 106).

3. By Minute Order filed October 8, 2026 (Doc. 108), the Court terminated Mr. Moles's Motion, vacated the hearing on the Counter-Motion, and directed Plaintiff to file, on or before October 14, 2026, a notice indicating whether the Counter-Motion is also withdrawn or, alternatively, a notice of settlement proposing deadlines for disposition of the action.

4. On September 29, 2026, Plaintiff made a written offer to settle ***his individual, non-PAGA claims pending in the Arbitration***. On September 30, 2026, RMFI and Mr. Moles accepted that offer in writing. (See Doc. 107, Ex. 1.) The Parties are finalizing a written settlement agreement implementing the accepted terms. Under those terms, Plaintiff's entitlement to attorneys' fees and costs on the settled claims is not contested, the amount of fees and costs

---

email "Our office is of the opinion that this is not an order of the court we are a part of as this matter concerns attorneys for Ermel Ray Moles, to which RMFI, while it may have feelings regarding its' agent's liability, is not relevant to those motion filings or resulting minute order. Accordingly, RMFI will abstain from signing the response to the Court's October 8 minute order (Doc. 108)."

will be determined by the Arbitrator on a noticed motion, and the Arbitration will close upon the Arbitrator's award of fees and costs.

5. ***The settlement resolves only Plaintiff's individual, non-PAGA claims. Plaintiff's PAGA claims, including both the individual PAGA claim compelled to arbitration and the representative PAGA claims stayed in this action, are not settled, released, dismissed, or otherwise resolved by the settlement, and they remain pending***. The Parties submit this Stipulation so that the record is clear that the references to settlement in Docs. 106, 107, and 109 concern Plaintiff's individual, non-PAGA claims only and that ***the settlement does not dispose of this action***.

6. Because the PAGA claims remain pending and the Arbitration has not concluded, the Parties do not propose deadlines for disposition of the action at this time. The Parties instead propose that the existing stay remain in place and that they report to the Court as set forth below.

**STIPULATION**

In light of the foregoing, the Parties stipulate, subject to the Court's approval, as follows:

1. Plaintiff withdraws the Counter-Motion (Doc. 105) without prejudice. The withdrawal is without prejudice to Plaintiff's renewal of the Counter-Motion, and to any Party's position on whether Mr. Moles is bound by the arbitration agreement at issue, if the written settlement agreement is not executed or the Arbitration does not conclude as the Parties' settlement terms contemplate.

2. The stay entered by the Court's Orders of March 31, 2023 (Doc. 64) and September 25, 2023 (Doc. 67) remains in place pending the conclusion of the Arbitration. Nothing in this Stipulation lifts or modifies the stay.

3. This Stipulation serves as the Parties' joint status report under the Court's September 25, 2023 Order (Doc. 67) with respect to the settlement described above. The Parties will file a further joint status report within 21 days after the Arbitrator issues the final award in the Arbitration, including the award of attorneys' fees and costs, or by January 12, 2027, whichever is earlier, stating the Parties' respective positions on the next steps for the PAGA claims, including whether the stay should be lifted.

4. Nothing in this Stipulation modifies the Parties' settlement terms or waives any Party's rights, claims, defenses, or positions under them, or any Party's right to seek relief from this Court, including relief regarding the stay.

IT IS SO STIPULATED.

Dated: October 14, 2026

**STANSBURY BROWN LAW, PC**

By: _/s/ ______________________________
Daniel J. Brown
Gregory K. Okada
Attorneys for Plaintiff FILEMON COLORES

Dated: October 14, 2026

**GEORGESON LAW OFFICES**

By: _/s/______________________________
C. Russell Georgeson
Robert J. Willis
Attorneys for Real Party in Interest ERMEL RAY MOLES

ORDER

Having reviewed the parties' stipulation, and good cause appearing, the court ORDERS as follows:

1. Plaintiff's countermotion to compel Ermel Ray Moles to arbitrate (Doc. 105) is WITHDRAWN without prejudice, and the clerk of court is directed to terminate that motion.

2. The stay entered by the court's orders of March 31, 2023, and September 25, 2023, (ECF Nos. 64, 67) remains in place pending the conclusion of the arbitration before the Honorable Alan M. Simpson (Ret.).

3. The parties shall file a joint status report within 21 days after the arbitrator issues the final award in the arbitration, including the award of attorneys' fees and costs, or by January 12, 2027, whichever is earlier.

4. The settlement described in the stipulation resolves only Plaintiff's individual, non-PAGA claims. Plaintiff's PAGA claims remain pending, and no deadlines for disposition of the action are set at this time.

IT IS SO ORDERED.

Dated: **October 20, 2026**

UNITED STATES MAGISTRATE JUDGE